AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions above*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME John G Earle | 2. PHONE NUMBER 737 8484 | 3. DATE 6-6-05 |
| 4. MAILING ADDRESS 222 Jefferson Blvd | 5. CITY Warwick | 6. STATE RI / 7. ZIP CODE 02888 |
| 8. CASE NUMBER 04-375 L / 9. JUDICIAL OFFICIAL Almond, US MJ | DATES OF PROCEEDINGS: 10. FROM 5-5-05 | 11. 5-5-05 |
| 12. CASE NAME Doe v. Charlho RDD | LOCATION OF PROCEEDINGS: 13. Providence | 14. Providence |

15. ORDER FOR
- ☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY
- ☐ NON-APPEAL ☐ CIVIL ☐ IN FORMA PAUPERIS ☑ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 5-5-05 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | 30 | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ■ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL 0.00

18. SIGNATURE John G Earle

PROCESSED BY

19. DATE 6-6-05

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY