DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

* * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| John Doe and Jane Doe | * | |
| | * | |
| v. | * | C.A. No. 04-375L |
| | * | |
| Chariho School District | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

**MOTION TO WITHDRAW OBJECTION TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Now comes the defendant, Chariho Regional School District, and moves that it be permitted to withdraw its Objection to the Report and Recommendation of the United States Magistrate Judge dated May 27, 2005.

This matter has been settled by agreement of the parties. All claims have been resolved (including counsel fees). The defendant, Chariho Regional School District has agreed that it will not unilaterally seek to change the student's placement during the school years 2005-2006 and 2006-2007 absent an IEP Team decision to do so.

WHEREFORE, defendant, Chariho Regional School District prays that it be permitted to withdraw its objection to the Report and Recommendation of the United State Magistrate Judge in this matter, which such Report and Recommendation was dated May 27, 2005.

This motion is joined by the plaintiffs, as evidenced by counsel's signature below.

35

Chariho Regional School District
By its attorney,

John G. Earle, RI Bar No. 2406
Breslin, Sweeney & Earle, LLP
222 Jefferson Blvd., Suite 300
Warwick, RI 02888
Tel. : 401-737-8484
Fax : 401-738-6935

*Plaintiffs Join in This Motion and Request the Court's Favorable Action*

John Doe and Jane Doe,
By their attorney

H. Jefferson Melish, RI Bar No. 3100
74 Main Street
Wakefield, RI 02879

Certification

I hereby certify that a true copy of the within Motion for Summary Judgment was hand-delivered to counsel for the plaintiffs, H. Jefferson Melish, Esq., 74 Main Street, Wakefield, RI 02879, on the 7th day of July, 2005.